Case: 1:26-mj-00105
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 6/26/2026
Description: COMPLAINT W/ARREST WARRANT

Statement of Facts

On June 18, 2026, at approximately 1949 hours, the Metropolitan Police Department ("MPD") CIC ShotSpotter alerted to eleven sounds of gunshots detected at 520 Chesapeake Street SE. MPD's Seventh District Dispatcher also advised that a call for a shooting came into the zone, located at 601 Chesapeake St SE. Officers responded to the location and found a complainant (C-1) inside the Chesapeake Big Market Store, which is located at 601 Chesapeake Street SE, suffering from a gunshot wound to her right leg. C-1 was near the front door of the establishment and next to C-1 was a suspected pool of blood. C-1 reported to officers she was waiting at the bus stop when she heard gunshots, which caused her to run into the store, where she then realized she had been shot. DCFEMS responded and provided medical aid to C-1. C-1 was conscious and breathing and she was transported to GW Hospital for treatment. The bus stop that is outside of the Chesapeake Big Market had broken glass, apparently damaged by the gunfire, and a projectile was located on the ground of the sidewalk next to the bus stop.

Officers initially located eight shell casings on the north sidewalk in front of 510 Chesapeake Street SE, and a black iPhone was located next to the shell casings. Canine 42 responded and assisted in locating two additional shell casings for a total of ten shell casings located. CSU 59 responded and collected the following:
- Six cartridge casings of .40 caliber: five head stamped: PMC 40 S&W and one head stamped: WIN 40 S&W.
- Four cartridge casings of .357 SIG caliber: all four of them head stamped: Hornady 357 SIG.
- Two bullet fragments.

## RTCC Camera Review:

MPD's Real-Time Crime Center ("RTCC") reviewed the MPD crime camera located at 425 Chesapeake St SE and was able to obtain images from the video of the two suspects that appear to have fired the gunshots. The images depict the suspects standing in front of 510 Chesapeake St SE, on the north sidewalk, which is where the shell casings and iPhone were found. The image of Suspect-1 depicts a black male with facial hair, wearing a black shirt (which appears to have an Under Armor logo on the front left side) with a black hoodie, black pants, black shoes, a bush high-top hairstyle, holding a black bag on his left hand, and holding a black handgun in his right hand. The image of Suspect-2 depicts a black male wearing a black shirt with a black hoodie, black pants, black shoes, a short haircut and holding a black handgun. RTCC advised that the iPhone found on the sidewalk appears to have fallen off one of the suspects' pockets. A third individual is seen on the same sidewalk near the two suspects. The third individual is wearing a white shirt with a black hoodie, blue jeans, black shoes and a black skully. The third individual is riding a green Lime bicycle. All three individuals flee westbound on Chesapeake St SE, towards 4th St SE, where they turn right, heading northbound on 4th St SE. The two suspects, along with the third individual, are last seen heading northbound on 4th St SE. Suspect-1 and Suspect-2 are depicted below. Suspect-2 was later identified as Ivan Holmes.

*Figure 1: Suspect-1 is depicted on the right and Suspect-2 is depicted on the left.*



Detective Colato later received a detailed review of the MPD crime cameras near the location from RTCC:

- At 19:46:30 hours, the suspects exit the Chesapeake Big Market store, 601 Chesapeake Street SE. They cross the intersection to the northwest corner of 6th and Chesapeake Street SE, and begin walking westbound on the north sidewalk of Chesapeake Street SE. The suspects continually look back in the direction of the market.

- At 19:47:49 hours, Suspect-1 can be observed gripping an object in the right hip area of his pants, while Suspect-2 has his right hand in the left chest interior area of his jacket, depicted below.

*Figure 2: Suspect-1 is circled in yellow and Suspect-2 is circled in blue.*



- Suspect-2 moves eastbound on the sidewalk, off camera, while still gripping at his left chest area. At 19:48:09 hours Suspect-1 is observed holding an L-shaped object at chest level with his right hand and his right arm extended. Suspect-1's arm and the object are observed moving up and down multiple times in rapid succession, consistent with firing a handgun. Suspect-2 can be seen ducking, while holding a dark in color L-shaped object in his right hand.

*Figure 3: Suspect-1 is circled in yellow.*



*Figure 4: Suspect-1 is circled in yellow and Suspect-2 is circled in blue.*



- At 19:48:11 hours, Suspect-1 is observed running westbound holding an L shaped object in his right hand, while Suspect-2 1 is observed holding an L-shaped object at chest level with both hands, arms extended in the direction of the Chesapeake Big Market.



*Figure 5: Suspect-1 is circled in yellow and Suspect-2 is circled in blue.*



- A rectangular object, dark in color, is observed falling out of the back left pocket of Suspect-2's pants, the object remained on scene. This object appears to be the iPhone found on scene.

- At 19:48:37 hours, the suspects run westbound on Chesapeake Street SE, then  run

northbound on 4th Street SE. The suspects continue northbound on 4th Street SE and pass by Brandywine Street SE. Suspect-2 appears to drop an unknown object in the front basket of the individual accompanying them on a Lime bike. Suspect-2 briefly turns around and heads back to the offense location, but does not make it back to the location of the shell casings, before heading back northbound on 4th Street SE.

- At 19:49:30 hours, the individual on the Lime bike is observed crossing northbound past Atlantic Street SE and continuing northbound 4th Street SE. Suspect-1 is observed running past Atlantic St SE, and northbound on the west sidewalk of 4th Street SE.

- At 19:49:47 hours, Suspect-1 appears to exit the sidewalk and runs between 3927 and 3923 4th Street SE.

- At 19:52:00 hours Suspect-2 can once again be seen walking northbound on 4th Street SE, crossing over Brandywine Street SE, away from the offense area.

- At 19:53:19 hours, an individual consistent with the appearance of Suspect-2, can be seen walking northbound on the west sidewalk of 4th Street SE.

- At 19:53:37 hours, Suspect-2 appears to also exit the sidewalk and walk between 3927 and 3923 4th Street SE.

The Chesapeake Big Market store has several cameras on the interior and exterior of the building. The camera system is approximately four minutes ahead of local time, and a time stamp is visible in the footage. The following time stamps will be referencing the time stamps depicted in the video footage, minus four minutes, in order to approximate local time:

- At 19:39:40, the two suspects and their companion are depicted arriving at the establishment and they proceed to enter the store.

- The three individuals remain in the store and appear to make a purchase. The payment of the purchase is made by Suspect-1, using his phone. The payment is made at time stamp 19:46:04.

- The three individuals then exit the store at 19:46:31, and walk past a group of approximately six individuals, that were standing outside the store. C-1 is among the individuals.

- The suspects and their companion on the Lime bike, cross the street and stop on the north sidewalk in front of 510 Chesapeake St SE.

- At 19:48:15, the individuals outside the store begin ducking and hiding from what appears to be gunshots being fired by the suspects. At the same time, the glass of the bus stop shatters and several individuals seated at the bus stop flee from the gunshots.

- C-1 runs into the store, collapses on the ground and blood begins to drip from her right leg.

Detective Luna assisted in reviewing the footage and was able to retrieve images of the suspects from the footage. The images of the suspects were used to create a BOLO for dissemination, which is depicted below. Suspect-1 is depicted in the image on the left in the BOLO while Suspect-2 is depicted in the photo on the right in the BOLO.



Detective Colato responded to GW Hospital to follow up with C-1. C-1 was found to have one gunshot wound to her right calf, with an exit wound below her right knee. C-1 was considered stable. C-1 was under the influence of an unknown substance, which caused her to become combative while at the hospital. As a result, C-1 was administered heavy sedatives, which did not allow her to be interviewed.

On 6/19/26, Detective Colato spoke to Detective Gong who stated he was able to find a person of interest, in relation to Suspect-2 based on law enforcement data queries. Detective Gong provided the identity of the person of interest: Ivan Holmes DOB: ███████████. On 6/23/26, Detective Colato called CSOSA and spoke to a CSOSA representative. Detective Colato asked if the person of interest, Ivan Holmes, was in the system. The CSOSA representative stated they had the person of interest in their system: Ivan Holmes DOB: ████████ ████. Ivan Holmes is under supervised released and Detective Colato learned Ivan Holmes's assigned probation officer. Detective Colato called Ivan Holmes's probation officer, and the probation officer stated she last met with Ivan Holmes on 6/11/26. The probation officer stated Ivan Holmes has not yet provided a fixed home address and only provided a homeless shelter as an address, but the probation officer stated she knows Ivan Holmes does not stay at the shelter. On 6/25/26, Detective Colato met with the probation officer at 2101 Martin Luther King Jr Avenue SE. Detective Colato asked the probation officer if she had heard from Ivan Holmes. The probation officer stated Ivan Holmes was supposed to come and see her on 6/22/26, but he did not show up and he has not answered her phone calls.

Detective Colato showed the probation officer two photos of Suspect-2 that were taken from the footage from the Chesapeake Big Market store minutes before he left the store and committed the shooting. The probation officer immediately identified the person in the photo as Ivan Holmes

DOB: ██████████████████. The identification procedure took place at 1036 hours. On 6/25/26, at approximately 1605 hours, Detective Colato received a call from the probation officer, who stated that Ivan Holmes had just arrived at her office without prior notice. Detective Colato immediately requested Seventh District Officers to respond to 2101 Martin Luther King Jr Ave SE. Detective Colato gave officers the lookout and information of Ivan Holmes, and when Ivan Holmes walked out of the building he was detained by officers. Detective Colato responded to the location and made contact with the officer who had Ivan Holmes in handcuffs. Detective Colato asked Ivan Holmes for his name and date of birth, and he stated his name is Ivan Holmes DOB: ████████. Ivan Holmes was placed under arrest for Assault with a Dangerous Weapon (Gun) and transported to 7D for processing.

**Custodial Interview:**

On 6/25/26 Detectives Colato and Gong brought Defendant Holmes to the Seventh District Interview Room #2 to conduct a custodial interview. The following is a brief synopsis of the interview and not a verbatim transcript. Detective Colato read Defendant Holmes his Miranda right and he waived. Detectives advised Defendant Holmes of his charges and asked him if he visited the Chesapeake Big Market store on the date of the offense. Detectives showed Defendant Holmes images of himself while in the store. Defendant Holmes confirmed that to be him. Detectives advised Defendant Holmes that they had video of the moment a shooting occurred. Detectives asked Defendant Holmes if he fired a gun. Defendant Holmes stated he did. Defendant Holmes stated he heard a gunshot as he was leaving the store, and as a reaction, turned around and shot one or two rounds into the air. Detective advised Defendant Holmes that a person that was in front of the Chesapeake Big Market Store was hit by gunfire. Defendant Holmes stated he did turn towards the store when he heard the gunshot, but aimed at the ground when he fired his gun. Defendant Holmes stated he found the gun two days prior to the offense, under a trash can, on 4th Street SE. Defendant Holmes stated he discarded the gun after the shooting. The interview was later concluded.

A criminal history review of Ivan Holmes's criminal records indicates that Ivan Holmes was previously convicted in the Superior Court for the District of Columbia of one count of Carrying a Pistol without a License and one count of Unlawful Discharge of a Firearm in case number 2023 CF2 005738. In count one, Carrying a Pistol without a License, Ivan Holmes was sentenced to 21 months incarceration. Ivan Holmes was also convicted in the Superior Court for the District of Columbia of one count of Unauthorized Use of a Vehicle in case number 2024 CF2 011116, and in that case he was sentenced to 12 months incarceration, execution of sentence suspended as to all. It should be noted there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the ammunition, in this case, would have traveled in interstate commerce before being used in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Ivan HOLMES with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year), and 22 D.C. Code 4503(a)(1)

_____
Officer Brandon Evans
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 26, 2026.

_____
Honorable Matthew J. Sharbaugh
United States Magistrate Judge